UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
XIAO HUA LU,

        Plaintiff,

    -against-

BRUCE BARKET, Attorney at Law,

        Defendant.
-----------------------------------------------------------x

**CIVIL JUDGMENT**

11-CV-4369 (SLT)

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.
★ SEP 20 2011 ★
BROOKLYN OFFICE

Pursuant to the order issued September 20, 2011 by the undersigned, dismissing the complaint for lack of subject matter jurisdiction, Fed.R.Civ.P. 12(h)(3), it is

**ORDERED, ADJUDGED AND DECREED:** That the complaint is hereby dismissed. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from the Court's Order would not be taken in good faith.

/SANDRA L. TOWNES
United States District Judge

Dated: September 20, 2011
       Brooklyn, New York